UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KENNETH S. WOOD,

    Plaintiff,

v.                                            Case No. 2:09-cv-131
                                            HON. R. ALLAN EDGAR

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER**

       Plaintiff Kenneth S. Wood brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of the final administrative decision of the Commissioner of Social Security denying him a period of disability and disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 416(i) and 423. This case was referred to Magistrate Judge Timothy P. Greeley pursuant to 28 U.S.C. § 636(b)(1) for a report and recommendation.

       The Magistrate Judge Greeley submitted his report and recommendation on August 2, 2010. [Doc. No. 20]. The parties have not timely filed any objections. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The administrative decision of the Commissioner of Social Security shall be **AFFIRMED**. The plaintiff's complaint shall be **DISMISSED WITH PREJUDICE** with each party to bear their own costs of this action. A separate judgment will be entered.

       SO ORDERED.

       Dated: August 24, 2010

                                         */s/ R. Allan Edgar*
                                        R. ALLAN EDGAR
                             UNITED STATES DISTRICT JUDGE